IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:97-CR-94-12H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEON TURNER, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to hold his 18 U.S.C. § 3582(c)(2) motion in abeyance, which was received by the clerk's office on June 14, 2012. On June 13, 2012, the court entered an order denying defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2). Accordingly, the court DISMISSES as moot defendant's motion to hold in abeyance his § 3582(c)(2) motion [DE #586].

This 19th day of June 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31